for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John P. Ohl* for petitioner. *Acting Solicitor General Cox, Assistant Attorney General Clark, Mr. Sewall Key, Miss Helen R. Carloss* and *Mrs. Muriel S. Paul* for respondent.

No. 150. CLARAGE FAN CO. *v.* B. F. STURTEVANT CO. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Fred L. Chappell* and *Wm. S. Hodges* for petitioner. *Messrs. Harry Dexter Peck* and *Melvin R. Jenney* for respondent.

No. 151. SEVEN UP CO. *v.* CHEER UP SALES CO. ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Frank Y. Gladney* and *John H. Cassidy* for petitioner. *Mr. Oliver T. Remmers* for respondents.

No. 153. PALMQUIST *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bart. A. Riley* for petitioner. *Acting Solicitor General Judson, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 154. CRYNE *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Archibald Palmer* for petitioner. *Acting Solicitor General Cox, Messrs. James M. McInerney, Robert S. Erdahl* and *Irving*

*S. Shapiro* for the United States.

No. 156. LONGHORN PORTLAND CEMENT CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James H. Yeatman* for petitioners. *Acting Solicitor General Cox, Assistant Attorney General Clark, Mr. Sewall Key, Misses Helen R. Carloss* and *Melva M. Graney* for respondent.

No. 162. SHRIER, DOING BUSINESS AS A. SHRIER & SONS CO., *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Jason L. Honigman* for petitioner. *Acting Solicitor General Cox, Messrs. James M. McInerney, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 164. LORRAINE CASTLE APARTMENTS BUILDING CORP., INC. ET AL. *v.* MACKIEWICH ET AL.; and

No. 165. CASTELLANI ET AL. *v.* MCNICHOLS, TRUSTEE, ET AL. October 8, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. John J. Yowell* and *Charles O. Loucks* for petitioners. *Acting Solicitor General Judson* and *Mr. Roger S. Foster* for the Securities & Exchange Commission, *Mr. William T. Murphy* for McNichols, Trustee, and *Mr. William Henning Rubin* for Bart, respondents. Reported below: 149 F. 2d 55.

No. 167. LOUIS F. HALL & CO., INC. *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Cir-